## JONES v. STATE.
### No. 14544.

Court of Criminal Appeals of Texas.
June 24, 1931.

Stewart & Ratliff, of Lubbock, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, J.

The offense is forgery; the punishment, confinement in the penitentiary for five years.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## RODRIGUEZ v. STATE.
### No. 14446.

Court of Criminal Appeals of Texas.
June 17, 1931.

M. C. Nelson, of Aransas Pass, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction is for possessing intoxicating liquor for the purpose of sale; punishment being one year in the penitentiary.

The record is before this court without statement of facts or bills of exception. In this condition, nothing is presented for review.

The judgment is affirmed.

## McKAY v. STATE.
### No. 14537.

Court of Criminal Appeals of Texas.
June 17, 1931.

T. J. Ramey, of Sulphur Springs, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CALHOUN, J.

Offense, cattle theft; punishment, two years in the penitentiary.

The record is before this court without either statement of facts or any bill of exception, and nothing is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the Court.